E-filing

Clear Form

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

William J. Whitsitt )
) C08-01803 EDL
) CASE NO. _____
Plaintiff, )
)
vs. )  **APPLICATION TO PROCEED**
) **IN FORMA PAUPERIS**
George Lytle No 761, Central Towing & ) (Non-prisoner cases only)
Transporting, City of Dublin et al. )
)
Defendant. )
_____)

I, __William J. Whitsitt__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | January 10, 2008  I received 580.00 final pay check.
3 |
4 |

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

| | | | |
|---|---|---|---|
| 7 | a. | Business, Profession or self employment? | Yes ___ No ✓ |
| 9 | b. | Income from stocks, bonds, or royalties? | Yes ___ No ✓ |
| 11 | c. | Rent payments? | Yes ___ No ✓ |
| 12 | d. | Pensions, annuities, or life insurance payments? | Yes ___ No ✓ |
| 14 | e. | Federal or State welfare payments, Social Security or other government source? | Yes ✓ No ___ |

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | Unemployment Insurance  $ 980.00 Per month
20 |

21 | 3. Are you married?                                         Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4. a. List amount you contribute to your spouse's support:$ _____
27 |    b. List the persons other than your spouse who are dependent upon you for support
28 |       and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1       children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.    Do you own or are you buying a home?        Yes ___  No _✓_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?                   Yes ___  No ___

7   Make _Jeep_____ Year _1979_____ Model _CJ7_____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes ___ No _✓_ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash? Yes ___ No _✓_ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                    Yes ___ No _✓_

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ _500.00_____  Utilities: _120.00_____

20  Food: $ _200.00_____  Clothing: _100.00_____

21  Charge Accounts:

22  Name of Account          Monthly Payment              Total Owed on This Account

23  _____          $ _____             $ _____

24  _____          $ _____             $ _____

25  _____          $ _____             $ _____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  Pay $ 70.00 per month back Welfare pay Back Child support
_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*Whitsett vs Perry Tool & Research Employment ADEA*

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_April 2, 2008_                _William J Whitsett_
DATE                           SIGNATURE OF APPLICANT

William J Whitsett