**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

April 11, 2008

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

**Re: C 08-01803** EDL
**WILLIAM J. WHITSITT** v. **JEAN ZEDLITZ**

Dear Mr. Whitsitt:

    This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by **April 25, 2008.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

    Thank you.

                                      RICHARD W. WIEKING

By: *Lili M. Harrell*
      Lili M. Harrell
      Deputy Clerk

Attachments