# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 2 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM J. WHITSITT, | ) |
| | ) |
| **Plaintiff(s),** | ) |
| **(Petitioner)** | ) |
| V. | ) |
| | ) |
| JEAN ZEDLITZ, et al., | ) |
| | ) |
| **Defendant(s),** | ) |
| **(Respondent)** | ) |
| | ) |
| | ) |

Case No. CV-08-1803-EDL

*ORDER RE APPLICATION*
  *TO PROCEED*
*IN FORMA PAUPERIS*

    ✓    **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.

**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )    **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: Apr 18, 2008

UNITED STATES *MAGISTRATE* JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

** r**

### UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT et al,

Plaintiff,

v.

JEAN ZEDLITZ et al,

Defendant.

_____/

Case Number: CV08-01803 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: April 22, 2008

Richard W. Wieking, Clerk

*LiliMHarrell*

By: Lili M. Harrell, Deputy Clerk