```
 1  WILLIAM J. WHITSITT
    335 W. CLOVER ROAD                    FILED
 2  TRACY, CA 95376
    (209) 221-1405                        08 APR 25 PM 1:08
 3  WHITSITTW@GMAIL.COM
                                          RICHARD W. WIEKING
 4                                        CLERK, U.S. DISTRICT COURT
    IN PROPRIA PERSONA                    NORTHERN DISTRICT OF CALIFORNIA
 5

 6

 7

 8  IN UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

 9                                        ) CASE NO.:  C08-01803 EDL
10  WILLIAM J. WHITSITT               )
       (PLAINTIFF)                    )
11                                    )
                                      )
12  ---------------VS---------------  )
                                      )
13  JEAN ZEDLITZ  #1625               )
                                      )   AMEND COMPLAINT
14  DUBLIN POLICE DEPARTMENT          )   SECTION 1983 TO ADD
                                      )   CREDIT REGULATING
15  R. LANCE & SON TOWING STORAGE AGENCY ) SERVICES FOR DAMAGING
                                      )   GOOD NAME, REPUTATION
16  CITY OF DUBLIN                    )   AND CREDIT RATING.
                                      )
17                                    )
    COUNTY OF ALAMEDA                 )
18                                    )
    CREDIT REGULATING SERVICES, INC.  )
19                                    )
                                      )
20  10 UNNAMED DEFENDANTS             )
       (DEFENDANTS)                   )
21                                    )
                                      )
22  _____ )
```

I WILLIAM J. WHITSITT, do hereby Amend Complaint to Add another Cause of Action under the Color of State Law and to Add CREDIT REGULATING SERVICES. I Move the Court to Grant to me the Right I Retained in the Complaint to Add Defendants, Causes of Action and to Amend or Alter Complaint as Required of Needed. I Add the fallowing Cause

---

**AMEND COMPLAINT TO ADD CREDIT REPORTING SERVICES -C08-01803EDL**            *Page 1 of 4*

1  of Action to Complaint to be part thereof and Decided with Original Complaint.

**(#10) - <u>DENIAL OF THE RIGHT TO A GOOD NAME AND DAMAGE OF MY CREDIT UNDER THE COLOR OF STATE LAW.</u>**

I do as Citizen have the Inalienable Constitutional and Civil Right to a Good Name and the Right to Good Credit Report. The Falsely Stated Credit Report by the Named Defendant (Credit Regulating Services Inc.) is part of Deprivation of the Right to Contract under the Fourteenth Amendment. It does Affect my Right to Contract My Labor and the Right Purchase Property under Credit Privileges. It also Affect my Right to Protection of My Good Named and Reputation. The Named Creditor acted Pursuant thereof a Conspiracy with the other Named Defendants Under the Color of State Law by Contractual Agreement. The Right to a Good Name and Reputation is a Constitutional and Civil Right. See: **Paul v. Davis**, **424 U.S. 693, 722-723 (1976)**. The Importance of a Good Name and Reputation is Constitutionally Recognized as a Very Important Constitutional and Civil Right. It has Great Importance for future Jobs, buying Necessities on Credit and Standing in the Community. See: **Wisconsin v. Constantineau, 400 U.S. 433, 437 (1971)**. The Court Recognized this is just not a mere abstract view, but as Paramount in a Citizens Standing in their Lives and Community.

The Named Creditor in Contractual Agreement did File a False Misrepresentation of Material Facts concerning the Forfeiture and Lien Sale of my Vehicle without Due Process of Law. They did File Lien against my Credit Rating for Forfeiture of my Vehicle without Forfeiture Hearing as Demanded for. The Right to a Good Name, Reputation is part thereof a Good Credit Report. Filing of a False and Misrepresentation of Facts of Forfeiture and Lien Sale with the Intent on Malice and Wanton, Willful and Knowing, Reckless Indifference to

My Constitutional and Civil Rights is a Legitimate Cause of Action pursuant to a Conspiracy Under the Color of State Law. They did Act Pursuant to a Conspiracy by Contractual Agreement with City Police and Tow Agency.

> State action within meaning of this section may be established under sufficiently close nexus test of <u>Jackson v. Metropolitan Edison Co.</u>, 1974, 95 S.Ct. 449, 419 U.S. 345, 42 L.Ed.2d 477 or, in absence of nexus, under symbiotic relationship test illus Pkg. Aut U.S. 715.

The Nexus is a Contractual Agreement between City and Tow Agency to handle Collection of so-called Lien against Owner of Vehicle for Tow Charges, Storage Fees and City Administrative Costs and Fees. They have Contractual Agreement to Collect fees for the City and Tow Agency. They also have the Authority to make a Claim against the Owner of that Vehicle against their Good Named, Reputation and Credit Rating. The Named Creditor did make a Claim against my Reputation, Good Name and Credit Rating Pursuant to Action taken under the Color of State or Local Law. Thus acting pursuant to the same Action (Nexus) as the the Named Tow Operator, City of Dublin California. They acted Jointly with the Named Defendants because they are Named Defendant that handled the Lien Sale of my Vehicle (Private Property), Forfeiture in Denial of Forfeiture Hearing Due Process of Law.

> For purposes of § 1983 claim, under "joint action test," private party acts under color of state law if he is willing participant in joint action with state or its agents. <u>Lopez v. Department of Health Services</u>, C.A.9 (Ariz.) 1991, 939 F.2d 881.

They where a Willing Participant by Contractual Agreement under the Color of State Law, pursuant of a Conspiracy. The Named Creditor (Credit Regulating Services Inc.), did file a Lien against my Credit and Good, Reputation, with Willful Knowing, and Deliberate Intent on Malice to ruin, Injure and Damage Credit Rating, Good Name and Reputation. My Right to Good Name, Reputation and Credit Rating is a Protected Constitutional and Civil Right

under the Fourteenth Amendment.

"Where a person's good name, reputation, honor, or Integrity is at stake because of what the government is doing to him," due process guarantees must scrupulously be observed. Wisconsin v. Constantineau, 400 U.S. 433, 437 (1971). See also: Board of Regents v. Roth, 408 U.S. 564, 573 (1972) (same with respect to "any charge . . . that might seriously damage [a person's] standing and associations in his community"); Paul v. Davis, 424 U.S. 693, 722 -723 (1976)...."Personal Liberty Right."

The Named Creditor while a Private Actor did act with Contractual agreement and agreed to act pursuant to the same Action under the Color of State Law and Municipal Corporation. Thus, the showing of a Nexus between Named Creditor, Tow Agency and City of Dublin California. Thus, establishing a Lawful Cause of Action against Named Creditor under the color and Guise of State Law (Section 1983).

I WILLIAM J. WHITSITT, _[signature]_, THIS THE 24th DAY OF April 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

LET JUDICIAL NOTICE BE TAKEN HERE THAT A JURY TRIAL IS WAIVED AND I MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL PROCEED UNDER. SEE: **FAIR, THE, v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913)**.

RESPECTFULLY SUBMITTED

_[signature]_
WILLIAM J. WHITSITT
DATED: April 24, 2008

DEFENDANT CONTACT INFORMATION

**CASE NO:** **C08-01803 EDL**

DUBLIN POLICE SERVICES
100 Civic Plaza,
Dublin CA 94568
(925) 833-6687


R. LANCE & SON, inc. - TOWING AGENCY:
R Lance & Son, Inc.
6776 Patterson Pass Road
Livermore, CA 94550
(925) 245-8884


CREDIT REGULATING SERVICES, INC.

1737 BARCELONA STREET.
P.O. BOX 2038
LIVERMORE, CA 94551
ATTN: J. W. SMITH - DEBT COLLECTOR
1 (925) 371 - 0199