UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

        Plaintiff,

        v.

JEAN ZEDLITZ,

        Defendant.
_____/

No. C 08-01803 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for July 15, 2008 has been continued to July 22, 2008 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than July 15, 2008.

Dated: June 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Lili M. Harrell
     Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT et al, | Case Number: CV08-01803 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JEAN ZEDLITZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: June 16, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk