UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William J. Whisitt

        Plaintiff(s),

v.

Jean Zedlitz

        Defendant(s).

No. C C 08-01803 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 9, 2008

Michele Raley

_____
Signature

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

NDC-06