1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  Michele Raley - 173497
   ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for
6  DEFENDANT, CREDIT REGULATING SERVICES, INC.

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | WILLIAM J. WHITSITT,            | Case No.: C 08-01803 EDL
   |                                  |
12 |        Plaintiff,                | **CERTIFICATE OF SERVICE**
   |                                  |
13 | v.                               |
   |                                  |
14 | JEAN ZEDLITZ,                    |
   |                                  |
15 |        Defendant.                |

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Ann Ricks, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On July 9, 2008, I served the following document(s) on the parties in the within action:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

|   |   |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| William J. Whitsitt<br>335 W. Clover Road<br>Tracy, CA 95376 | In Propria Persona |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 9, 2008.

By ___*Ann Ricks*___
Ann Ricks

_____
Title