1  RICHARD E. WINNIE [68048]
   County Counsel
2  By: Diane Graydon [164095]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5  Attorneys for County of Alameda

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM J. WHITSITT,                          | Case No.: C08-01803-VRW
                              Plaintiff,
12 |
   |      v.
13 |
   | DEPUTY SHERIFF JEAN ZEDLITZ, BADGE            | **DEFENDANT COUNTY OF ALAMEDA'S
14 | #1625; R. LANCE & SON TOWING STORAGE          | DECLINATION TO PROCEED BEFORE A
   | AGENCY; CITY OF DUBLIN; COUNTY OF             | MAGISTRATE JUDGE AND REQUEST
15 | ALAMEDA,CREDIT REGULATING SERVICES;           | TO BE REASSIGNED TO A UNITED
   | 10 UNNAMED DEFENDANTS                         | STATES DISTRICT COURT JUDGE**
16 |
   |                              Defendants.
17 |

18

19

20

21        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

---

Declination to Proceed Before Magistrate Judge; Case # 08-01803-VRW

1  ///
2        Defendants DEPUTY SHERIFF JEAN ZEDLITZ, BADGE #1625; CITY OF DUBLIN; and
3  COUNTY OF ALAMEDA, ("County Defendants") hereby decline to proceed before a Magistrate
4  Judge, and request reassignment of the case to a United States District Judge.
5
6  DATED:  July 17, 2008                      RICHARD E. WINNIE
7                                                    County Counsel in and for the County of
                                                  Alameda, State of California
8
9                                                    By _____
10                                                       DIANE C. GRAYDON
                                                      Deputy County Counsel
11                                                       Attorneys for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SERVICE

William J. Whitsitt v. Deputy Sheriff Jean Zedlitz, et al.

Case No. C08-01803 VRW

I, Sandra Walker, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 18, 2008, I served the following document:

**DEFENDANT COUNTY OF ALAMEDA'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST TO BE REASSIGNED TO A UNITED STATES DISTRICT COURT JUDGE**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 18, 2008.

*/s/ Sandra A. Walker*

SANDRA A. WALKER

Declaration of Service, Case No. C08-0182 JSW