1  RICHARD E. WINNIE [68048]
   County Counsel
2  DIANE C. GRAYDON [164095]
   Deputy County Counsel
3  Office of the County Counsel County of Alameda
   1221 Oak St., Suite 450
4  Oakland, CA 94612
   Telephone:   (510) 272-6700
5  Facsimile:   (510) 272-5020

6  Attorneys for Defendant County of Alameda

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   WILLIAM J. WHITSITT                  Case No.: C08-01803-VRW
11
                   Plaintiff,
12   vs.

13  DEPUTY SHERIFF JEAN ZEDLITZ, BADGE     DEFENDANTS' REQUEST FOR
    #1625; R. LANCE & SON TOWING STORAGE   RELIEF FROM AUTOMATIC
14  AGENCY; CITY OF DUBLIN; COUNTY OF      REFERRAL TO ALTERNATIVE
    ALAMEDA; CREDIT REGULATING             DISPUTE RESOLUTION
15  SERVICES; 10 UNNAMED DEFENDANTS        (28 U.S.C. §§ 651, 654)

16
                   Defendants.
17

18

19      Defendants, DEPUTY SHERIFF JEAN ZEDLITZ, BADGE #1625; CITY OF DUBLIN;

20  COUNTY OF ALAMEDA ("COUNTY DEFENDANTS,") have considered and move for relief

21  from automatic referral to the Alternative Dispute Resolution ("ADR") program. This motion is

22  made pursuant to the right to withhold consent enumerated in ND LR 2-3(c) and 28 U.S.C. §§

23  651(b), 654. This motion is timely made, pursuant to ND ADR LR 4-2(c)(1), as COUNTY

24  DEFENDANTS have not yet appeared in the action.

25  ///

26  ///

27

28

Whitsitt v.Deputy Zedlitz, et, al., *Case No.:  C08013-VRW*

1 | Opposition is based on COUNTY DEFENDANTS' belief that this is a "no liability" matter,
2 | which is inappropriate for ADR processes. COUNTY DEFENDANTS request continued case
3 | management by a United States District Judge.

5 | DATED: July 17, 2008

RICHARD E. WINNIE
County Counsel in and for the County of
Alameda, State of California

By _____
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

Whitsitt v.Deputy Zedlitz, et, al., *Case No.: C08013-VRW*

DECLARATION OF SERVICE

William J. Whitsitt v. Deputy Sheriff Jean Zedlitz, et al.

Case No. C08-01803 VRW

I, Sandra Walker, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 18, 2008, I served the following document:

**DEFENDANTS' REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**
**(28 U.S.C. §§ 651, 654)**

on the following parties:

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 18, 2008.

SANDRA A. WALKER

Declaration of Service, Case No. C08-0182 JSW