|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

William J. Whitsitt )
                    )
                    )   No. C  C 08-01803 VRW
                    )
         Plaintiff, )   **NOTICE OF NEED FOR ADR**
                    )   **PHONE CONFERENCE [ADR L.R. 3-5]**
    v.              )
Jean Zedlitz        )   **ADR CERTIFICATION**
                    )
                    )
         Defendant. )

The parties either:

 _X_  have not yet reached an agreement to an ADR process, or

 ___  have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement:** August 7, 2008

**Date of Initial Case Management Conference:** August 14, 2008

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *E-mail Address* |
|---|---|---|---|
| June D. Coleman | Defendant | 916-283-8820 | jcoleman@ecplslaw.com |
| William J. Whisitt | Plaintiff Pro Se | 209-221-1405 | whitsittw@gmail.com |

*The ADR Unit (ADR@cand.uscourts.gov) will notify you by e-mail indicating the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

**NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION**

Rev. 4/01
NDC-17E

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: July 18, 2008    William J. Whitsitt
                        [Plaintiff]

Dated: July 18th, 2008  /s/ William J. Whitsitt
                        [Counsel for Plaintiff]
                        In Propria Persona

Dated: July ___, 2008   Credit Reporting Services
                        [Defendant]

Dated: July 23, 2008    Michele Raley
                        [Counsel for defendant]