Mark E. Ellis - 127159
June D. Coleman - 191890
Michele Raley - 173497
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>         Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ,<br><br>         Defendant. | Case No.: C 08-01803 JSW<br><br>**DEFENDANT CREDIT REGULATING SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>DATE:   November 7, 2008<br>TIME:   9:00 a.m.<br>DEPT:   Hon. Jeffrey S. White<br>        Courtroom 2, 17th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 7, 2008, at 9:00 a.m., in Courtroom 2, 17th Floor of the United States District Court at 450 Golden Gate Avenue, San Francisco, California, defendant Credit Regulating Services, Inc. will move the court for an order pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6)" granting dismissal of the "Amend Complaint Section 1983 to Add Credit Regulating Services, Inc. for Damaging Good Name, Reputation and Credit Rating" filed by plaintiff on April 25, 2008.

Defendant's motion is made on the grounds that plaintiff's Complaint lacks sufficient factual allegations to support a claim of relief against Credit Regulating Services, Inc. for a violation of plaintiff's 14th Amendment rights; for a violation pursuant to 42 U.S.C. Section 1983 and other unintelligible theories of liability against defendant related to "filing a false misrepresentation of

- 1 -

1  material facts … concerning the forfeiture and lien sale of [plaintiff's] vehicle … against [plaintiff's]

2  credit rating".

3        This Motion is based on this Notice, accompanying Memorandum of Points and Authorities,

4  and the papers and records on file herein, and on such oral and documentary evidence as may be

5  presented at the hearing of the Motion.

6  Dated: July 28, 2008

7                                          ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                           STEINHEIMER LLP

8

9                                          By   /s/ Michele Raley
                                               Michele Raley
10                                             Attorney for Defendant
                                               CREDIT REGULATING SERVICES, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CREDIT REGULATING SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO
FRCP 12(b)(6)

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On July 28, 2008, I served the following document(s) on the parties in the within action:

**DEFENDANT CREDIT REGULATING SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

| | |
|---|---|
| William J. Whitsitt<br>335 W. Clover Road<br>Tracy, CA 95376 | Attorneys for<br>In Propria Persona |

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Diane Carlotta Graydon<br>Office of the County Counsel,<br>County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612 | Attorneys for<br>Defendant Jean Zedlitz |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 28, 2008.

By _____
Jennifer E. Mueller

- 3 -

1  June D. Coleman - 191890
   Michele Raley - 173497
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant CREDIT REGULATING SERVICES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM J. WHITSITT,                  Case No.:  C 08-01803 JSW

12        Plaintiff,                      **[PROPOSED] ORDER GRANTING
                                          DEFENDANT CREDIT REGULATING
13  v.                                    SERVICES, INC.'S MOTION TO DISMISS
                                          WITH PREJUDICE**
14  JEAN ZEDLITZ,
                                          DATE:    November 7, 2008
15        Defendant.                      TIME:    9:00 a.m.
                                          DEPT:    Hon. Jeffrey S. White
16                                                 Courtroom 2, 17th Floor

17

18        Defendant Credit Regulating Services, Inc. moved to dismiss the above-referenced action and

19  all causes of action therein, pursuant to FRCP 12(b)(6).  Plaintiff William J. Whitsitt did not appear/did

20  appear; Michele Raley appeared on behalf of Defendant Credit Regulating Services, Inc.

21        The Court having considered Credit Regulating Services, Inc.'s Motion and the Points and

22  Authorities supporting its motion, as well as all other documents filed in relation to this Motion, and

23  having heard the argument of counsel, and, orders as follows:

24        IT IS HEREBY ORDERED that plaintiff's operative complaint against Credit Regulating

25  Services, Inc. is dismissed, in its entirety, with prejudice.

26
   Dated: _____      By:_____
27                                          Jeffrey S. White
                                            United States Judge
28                                          Northern District of California

                                  - 1 -
_____
       [PROPOSED] ORDER GRANTING DEFENDANT CREDIT REGULATING SERVICES, INC.'S MOTION TO
                               DISMISS WITH PREJUDICE

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On July 28, 2008, I served the following document(s) on the parties in the within action:

[PROPOSED] ORDER GRANTING DEFENDANT CREDIT REGULATING SERVICES, INC.'S MOTION TO DISMISS WITH PREJUDICE

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

| | |
|---|---|
| William J. Whitsitt<br>335 W. Clover Road<br>Tracy, CA 95376 | Attorneys for<br>In Propria Persona |

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Diane Carlotta Graydon<br>Office of the County Counsel,<br>County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612 | Attorneys for<br>Defendant Jean Zedlitz |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 28, 2008.

By _____
Jennifer E. Mueller

[PROPOSED] ORDER GRANTING DEFENDANT CREDIT REGULATING SERVICES, INC.'S MOTION TO DISMISS WITH PREJUDICE