1  June D. Coleman - 191890
   ELLIS, COLEMAN, POIRIER, LAVOIE,
2    & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. WHITSITT, | Case No.: C 08-01803 JSW |
|---|---|
| Plaintiff, | MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| JEAN ZEDLITZ, DUBLIN POLICE DEPARTMENT, R. LANCE & SON, CITY OF DUBLIN, COUNTY OF ALAMEDA, CREDIT REGULATING SERVICES, INC. | DATE:    August 25, 2008<br>TIME:    9:00 a.m.<br>JUDGE:   Hon. Jeffrey S. White |
| Defendant. | |

June D. Coleman, counsel for Defendant Credit Regulating Services, Inc., requests permission to appear by telephone at Defendant Jean Zedlitz' Motion to Dismiss scheduled in this matter. Credit Regulating Services, Inc is not a moving party for the Motion to Dismiss, but as a party in this action, believes it is in its best interests to have counsel present at the live hearing. Further, Ms. Coleman's office is located in Sacramento, approximately 90 miles from the above-entitled Court.

Dated: August 21, 2008

                    ELLIS, COLEMAN, POIRIER, LAVOIE, &
                        STEINHEIMER LLP


                    By  /s/ June D. Coleman
                        June D. Coleman
                        Attorney for Defendant
                        CREDIT REGULATING SERVICES, INC.

- 1 -

1  The court hereby grants the request of June D. Coleman to appear at the above-mentioned
2  hearing telephonically. IT IS SO ORDERED.
3
4  Date: _____, 2008
   _____
   Honorable Jeffrey S. White
5  United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER