1  June D. Coleman - 191890
   ELLIS, COLEMAN, POIRIER, LAVOIE,
2     & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ, DUBLIN POLICE DEPARTMENT, R. LANCE & SON, CITY OF DUBLIN, COUNTY OF ALAMEDA, CREDIT REGULATING SERVICES, INC.<br><br>    Defendant. | Case No.:  C 08-01803 JSW<br><br>**MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND** ~~PROPOSED~~ **ORDER**<br><br>DATE:    August 25, 2008<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Jeffrey S. White |
|---|---|

      June D. Coleman, counsel for Defendant Credit Regulating Services, Inc., requests permission to appear by telephone at Defendant Jean Zedlitz' Motion to Dismiss scheduled in this matter.  Credit Regulating Services, Inc is not a moving party for the Motion to Dismiss, but as a party in this action, believes it is in its best interests to have counsel present at the live hearing.  Further, Ms. Coleman's office is located in Sacramento, approximately 90 miles from the above-entitled Court.

Dated: August 21, 2008

                        ELLIS, COLEMAN, POIRIER, LAVOIE, &
                           STEINHEIMER LLP


                 By  /s/ June D. Coleman
                    June D. Coleman
                    Attorney for Defendant
                    CREDIT REGULATING SERVICES, INC.

1   The court hereby grants the request of June D. Coleman to appear at the above-mentioned
2   hearing telephonically. IT IS SO ORDERED.

Date: August 22, 2008

_____
Honorable Jeffrey S. White
United States District Court Judge

Ms. Coleman shall provide a notice with a landline at which she may be reached by no later than August 27, 2008. Ms. Coleman must appear in person for any hearings for which her client is a moving party. It is FURTHER ORDERED that Ms. Coleman shall serve a copy of this Order on Mr. Whitsitt.