June D. Coleman -- 191890
Jennifer S. Gregory - 228593
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ, DUBLIN POLICE DEPARTMENT, R. LANCE & SON, CITY OF DUBLIN, COUNTY OF ALAMEDA, CREDIT REGULATING SERVICES, INC.<br><br>    Defendant. | Case No.:  C 08-01803 JSW<br><br>**MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER**<br><br>DATE:     August 29, 2008<br>TIME:     9:00 a.m.<br>JUDGE:    Hon. Jeffrey S. White |

Jennifer S. Gregory, counsel for Defendant Credit Regulating Services, Inc., requests permission to appear by telephone at Defendant Jean Zedlitz' Motion to Dismiss scheduled in this matter. Credit Regulating Services, Inc is not a moving party for the Motion to Dismiss, but as a party in this action, believes it is in its best interests to have counsel present at the live hearing. Further, Ms. Gregory's office is located in Sacramento, approximately 90 miles from the above-entitled Court.

Dated: August 26, 2008

                                      ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                          STEINHEIMER LLP


                              By   /s/ Jennifer S. Gregory
                                   Jennifer S. Gregory
                                   Attorney for Defendant
                                   CREDIT REGULATING SERVICES, INC.

1  The court hereby grants the request of Jennifer S. Gregory to appear at the above-mentioned
2  hearing telephonically. IT IS SO ORDERED.
3
4  Date: _____, 2008
   _____
   Honorable Jeffrey S. White
5  United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER