June D. Coleman -- 191890
Jennifer S. Gregory - 228593
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ, DUBLIN POLICE DEPARTMENT, R. LANCE & SON, CITY OF DUBLIN, COUNTY OF ALAMEDA, CREDIT REGULATING SERVICES, INC.<br><br>    Defendant. | Case No.: C 08-01803 JSW<br><br>**MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND** ~~PROPOSED~~ **ORDER**<br><br>DATE:     August 29, 2008<br>TIME:     9:00 a.m.<br>JUDGE:    Hon. Jeffrey S. White |

   Jennifer S. Gregory, counsel for Defendant Credit Regulating Services, Inc., requests permission to appear by telephone at Defendant Jean Zedlitz' Motion to Dismiss scheduled in this matter. Credit Regulating Services, Inc is not a moving party for the Motion to Dismiss, but as a party in this action, believes it is in its best interests to have counsel present at the live hearing. Further, Ms. Gregory's office is located in Sacramento, approximately 90 miles from the above-entitled Court.

Dated: August 26, 2008

                               ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                  STEINHEIMER LLP


                               By   /s/ Jennifer S. Gregory
                                   Jennifer S. Gregory
                                   Attorney for Defendant
                                   CREDIT REGULATING SERVICES, INC.

1  The court hereby grants the request of Jennifer S. Gregory to appear at the above-mentioned
2  hearing telephonically. IT IS SO ORDERED.

3
4  Date: __August 26__, 2008          _____/s/ Jeffrey S. White_____
                                       Honorable Jeffrey S. White
                                       United States District Court Judge
5
   Ms. Gregory shall submit a notice, in writing, of a landline at which she may be reached during
6  the hearing. It is FURTHER ORDERED that Ms. Gregory shall appear in person at any hearing
7  for which her client is a moving party. It is FURTHER ORDERED that Ms. Gregory shall serve a
   copy of this Order on Mr. Whitsitt and shall file such proof of service with the Court.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER