Mark E. Ellis - 127159
June D. Coleman - 191890
Jennifer S. Gregory - 228593
ELLIS, COLEMAN, POIRIER, LAVOIE, &
 STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant CREDIT REGULATING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ,<br><br>    Defendant. | Case No.: C 08-01803 EDL<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

CERTIFICATE OF SERVICE -

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On August 26, 2008, I served the following document(s) on the parties in the within action:

MOTION TO APPEAR TELEPHONICALLY AT DEFENDANT JEAN ZEDLITZ' MOTION TO DISMISS AND PROPOSED ORDER

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| William J. Whitsitt<br>335 W. Clover Road<br>Tracy, CA 95376 | In Propria Persona |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 26, 2008.

By: _____
Jennifer E. Mueller

- 1 -

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS & COMPLAINT BY MAIL