IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

JEAN ZEDLITZ, et al.

    Defendants.

No. C 08-01803 JSW

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT CREDIT REGULATING SERVICE'S MOTION TO DISMISS**

On July 28, 2008, Defendant Credit Regulating Service filed a motion to dismiss, which is noticed for hearing on Friday, November 7, 2008. The Court HEREBY ORDERS Plaintiff to file his opposition brief, which shall be limited to **15 pages**, by no later than Friday, October 10, 2008. Credit Regulating Service's Reply shall be due on October 17, 2008. If any party seeks to continue the rescheduled hearing date or to modify the briefing schedule, they must submit a request to this Court demonstrating good cause for any such modification. If the Court determines that this matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: September 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT et al, | Case Number: CV08-01803 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JEAN ZEDLITZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: September 23, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk