IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

JEAN ZEDLITZ, et al.

    Defendants.

No. C 08-01803 JSW

**ORDER RE OPPOSITION TO MOTION TO DISMISS**

On September 23, 2008, this Court issued a briefing schedule on Defendant Credit Regulating Service's motion to dismiss. Plaintiff's opposition brief was due on October 10, 2008, but no opposition has been filed to date. In light of the many cases filed by Plaintiff and the number of motions that have been pending, the Court shall *sua sponte* grant Plaintiff one further extension of time to file his opposition brief. Plaintiff's opposition shall be due on **Wednesday October 22, 2008**. Credit Regulating Service's Reply shall be due on October 29, 2008. If the Court determines that this matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

If Plaintiff fails to file an opposition brief on or before October 22, 2008, the Court shall grant the motion as unopposed and shall vacate the November 7, 2008 hearing date.

**IT IS SO ORDERED.**

Dated: October 15, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT et al,

      Plaintiff,

  v.

JEAN ZEDLITZ et al,

      Defendant.

Case Number: CV08-01803 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: October 15, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk