1  June D. Coleman – 191890
   Jennifer S. Gregory - 228593
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant CREDIT REGULATING SERVICES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM J. WHITSITT,                          | Case No.: C 08-01803 JSW
12 |      Plaintiff,                               | DENYING [PROPOSED] ORDER ~~GRANTING~~
13 | v.                                            | DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT ITS MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
14 | JEAN ZEDLITZ, DUBLIN POLICE
   | DEPARTMENT, R. LANCE & SON, CITY OF
15 | DUBLIN, COUNTY OF ALAMEDA, CREDIT             | DATE:   November 7, 2008
   | REGULATING SERVICES, INC.                    | TIME:   9:00 a.m.
16 |                                               | JUDGE:  Hon. Jeffrey S. White
   |      Defendant.
17

18 In its Order dated August 26, 2008, the Court advised Defendant that counsel would be required to appear in person on all hearings at which it was the moving party.  The request is DENIED.

19 ~~The court hereby grants the request of June D. Coleman to appear at the above-mentioned~~
20 ~~hearings telephonically.  IT IS SO ORDERED.~~

21 Date: October 28, _____, 2008
                                    _____
22                                  The Honorable Jeffrey S. White
                                    United States District Court Judge
23
   Defendant is ORDERED to serve a copy of this Order on Plaintiff and file proof of service
24 with the Court.

25

26

27

28
                                      - 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT ITS MOTION
                TO DISMISS AND CASE MANAGEMENT CONFERENCE