1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   WILLIAM J. WHITSITT,                          No. C 08-01803 JSW

10          Plaintiff,                            **ORDER CONTINUING HEARING
                                                  ON MOTION TO DISMISS,
11   v.                                           VACATING CASE
                                                  MANAGEMENT CONFERENCE;
12   JEAN ZEDLITZ, et al.                         INSTRUCTIONS TO CLERK;
                                                  AND DIRECTING DEFENDANT
13          Defendants.                           TO RE-SERVE MOTION TO
                                        /         DISMISS**

14

15          On November 2, 2011, the Ninth Circuit issued an opinion in which it affirmed, in part,

16   and reversed, in part, this Court's Order granting Defendants' motion to dismiss.  In that Order,

17   the Court also dismissed a due process claim that Plaintiff asserted against R. Lance & Son.  On

18   December 16, 2011, this Court issued an Order directing that service be effected upon R. Lance

19   & Son.  The Court served that Order on Plaintiff.  However, the docket reflects that it was

20   returned as undeliverable, apparently because Plaintiff has moved and the time for forwarding

21   his mail has expired.  (*See* Docket No. 69.)

22          Pursuant to Northern District Civil Local Rule 3-11(a), when a party's address changes

23   during the course of litigation, it is that party's duty to "promptly file with the Court and serve

24   upon all opposing parties a Notice of Change of Address specifying the new address."  In

25   addition, "[t]he Court may, without prejudice, dismiss a complaint or strike an answer when: (1)

26   Mail directed to [that party] by the Court has been returned to the Court as not deliverable; and

27   (2) The Court fails to receive within 60 days of this return a written communication from the

28   [party] indicating a current address."  N.D. Civ. L.R. 3-11(b).

*United States District Court*
For the Northern District of California

United States District Court

For the Northern District of California

1    Plaintiff has not submitted a change of address to this Court, and more than sixty days

2   have passed since the Order Directing Service was returned.  Although the Court could, within

3   its discretion, dismiss this matter without prejudice, the Court was able to locate a different

4   address for Plaintiff in materials that he filed during his appeal.  Accordingly, the Clerk shall

5   serve a copy of this Order on Plaintiff at the address currently listed on the docket as well as

6   this new address.  If Plaintiff does receive this Order, he is ORDERED to file a Notice of

7   Change of Address with the Court and to serve that notice on all opposing parties.  If this Order

8   is returned as undeliverable to both addresses, and if the Court does not receive a Notice of

9   Change of Address within sixty days of any returned mail, the Court shall dismiss this matter

10   without prejudice.

11    On January 26, 2012, R. Lance & Sons. Co. filed a motion to dismiss, which is

12   scheduled for a hearing on March 2, 2012.  Under the Northern District Civil Local Rules,

13   Plaintiff's opposition to that motion would have been due on February 13, 2012.  *See* N.D. Civ.

14   L.R. 7-3(a), 5-5(a).  Plaintiff has not filed an opposition to the motion.  However, R. Lance &

15   Sons served Plaintiff at his old address.  Thus, it is not clear that Plaintiff has received a copy of

16   the motion to dismiss.  Accordingly, the Court HEREBY ORDERS Defendant to re-serve

17   Plaintiff with the motion to dismiss, at both his old and presumably new address as set forth on

18   the Certificate of Service to this Order, by no later than February 28, 2012, and to file proof of

19   such service with the Court.

20    The Court HEREBY CONTINUES the hearing on the Motion to Dismiss from March 2,

21   2012 to April 20, 2012 at 9:00 a.m., and it VACATES the case management conference

22   scheduled for March 23, 2012 at 1:30 p.m.  Pursuant to this Order, Plaintiff shall file his

23   opposition to the motion to dismiss by no later than March 16, 2012, and Defendant's reply

24   shall be due by no later than March 30, 2012.  If the Court finds the matter suitable for

25   disposition without oral argument, it shall notify the parties in advance of the hearing date.

26    Finally, the Court HEREBY ADVISES Plaintiff that the Handbook for Pro Se Litigants,

27   which contains helpful information about proceeding without an attorney, is available through

28   the Court's website or in the Clerk's office.  The Court also advises Plaintiff that he also may

2

wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at

415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for

a free appointment with an attorney who may be able to provide basic legal help, but not legal

representation.

   **IT IS SO ORDERED.**


Dated:  February 21, 2012                                  

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT et al,

        Plaintiff,

  v.

JEAN ZEDLITZ et al,

        Defendant.

                              /

Case Number: CV08-01803 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
1763 Ray Wise Lane
Tracy, CA 95376

Dated: February 21, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk