IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. C 08-01803 JSW |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| JEAN ZEDLITZ, et al. | |
| Defendants. | |

The Court has considered the motions to dismiss and to strike filed by Defendant R. Lance & Sons, and it finds the motions suitable for disposition without oral argument. Accordingly, the Court VACATES the hearing scheduled for Friday, July 20, 2012 at 9:00 a.m. The matter is deemed submitted, and the Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: July 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT et al,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN ZEDLITZ et al,<br><br>    Defendant.           / | Case Number: CV08-01803 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
1763 Ray Wise Lane
Tracy, CA 95376

Dated: July 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk