IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. C 08-01803 JSW |
| Plaintiff, | **ORDER ADMONISHING PLAINTIFF** |
| v. | |
| R. LANCE & SON, | |
| Defendant. / | |

This matter was set for a case management conference on September 7, 2012. On that date, the Court received a phone call from Plaintiff, in which he advised the Court that he would not be able to attend the case management conference because of a work conflict. The Court HEREBY ADMONISHES Plaintiff that if he intends to prosecute this case, he must be prepared to appear for future Court appearances.

If either party, including the Plaintiff, requires a continuance of a deadline imposed by the Court or a scheduled court date, that party must submit a written request or proposed stipulation to the Court showing good cause for the request and shall provide the Court with sufficient time to consider the request before the deadline expires or the hearing date passes.

If Plaintiff fails to appear for future hearings or fails to comply with Court deadlines, he is HEREBY NOTIFIED that such failure may result in the issuance of an Order to Show Cause

//

//

//

as to why sanctions should not be imposed, including dismissal for failure to prosecute this case.  **IT IS SO ORDERED.**

Dated: September 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT et al,<br><br>      Plaintiff,<br><br>  v.<br><br>JEAN ZEDLITZ et al,<br><br>      Defendant. / | Case Number: CV08-01803 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
1763 Ray Wise Lane
Tracy, CA 95376

Dated: September 10, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3