**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. C 08-01803 JSW |
| Plaintiff, | **ORDER DENYING OBJECTION TO ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |
| v. | |
| JEAN ZEDLITZ, et al., | |
| Defendants. | |

On May 28, 2013, the Plaintiff, William Whitsitt ("Mr. Whitsitt") filed an Objection to the Order, dated May 2, 2013, denying a motion for relief from judgment that Mr. Whitsitt filed on April 30, 2013 in this case, which the Court shall treat as a motion for reconsideration. The Court finds no basis to revisit its ruling. Accordingly, the "objection" is DENIED.

**IT IS SO ORDERED.**

Dated: June 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITSITT et al,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTRAL TOWING TRANSPORT et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-01802 JL<br>Case Number: CV08-02138 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
1763 Ray Wise Lane
Tracy, CA 95376

Dated: June 3, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2